**Order entered January 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01476-CV

## IN THE INTEREST OF C.T.H. AND H.V.H., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-07021**

## ORDER

Before the Court is the request of Melva Key, Official Court Reporter for the 302nd Judicial District Court for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **February 10, 2020**. Because this is an accelerated appeal, we caution Ms. Key that further extension requests will be disfavored.

/s/  BILL WHITEHILL
    JUSTICE